UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter No. 13 |
| RONALD R. WAGONBLOTT | : | |
| EVON G. WAGONBLOTT | : | Bk. No. 08-12362 BIF |
| | : | |
| Debtors | : | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this    day of          , 2009, upon Motion of **U.S. BANK, N.A., S/B/M TO FIRSTAR BANK, N.A.** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

**ORDERED AND DECREED THAT:** The Automatic stay of all proceedings, as provided by 11 U.S.C. 362 is modified with respect to premises, **2375 MILL POND ROAD, QUAKERTOWN, PA 18951**, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises ~~(such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement)~~ and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**ORDERED AND DECREED THAT:** Rule 4001(a)(3) is not applicable and **U.S. BANK, N.A., S/B/M TO FIRSTAR BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

By the Court:

_____
BRUCE I. FOX, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
111 S. INDEPENDENCE MALL, SUITE 583
PHILADELPHIA, PA 19106

EVON G. WAGONBLOTT
2375 MILL POND ROAD
QUAKERTOWN, PA 18951

JEFFREY A. FOURNIER, ESQUIRE
2480-B DURHAM ROAD
BRISTOL, PA 19007

RONALD R. WAGONBLOTT
2375 MILL POND ROAD
QUAKERTOWN, PA 18951

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107